UNITED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED OFFICE

2007 MAR -5  P 1:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Syed Kazmi, A#78628453

(Petitioner)
V.
Andrea J.Cabral,Shariff
(Suffolk house of corrections)

**07 CA 10454 RCL**

MAGISTRATE JUDGE *Alexander*

*Emergency petition for writ of Habeas corpus under 28 U.S.C$ 2241*
*for Stay of deportation,release of the petitioner from illegal detention due to the*
*medical emergency he is facing which needs urgent intervention to save his life.*

As grounds,therefore,the petitioner states:
In this case,the ninety-day statutory removal period expired and the petitioner is entitled
for release.See  Arrevalo V. Ashcroft (D.Mass.2003).
As clearly reflected in the attached Pathology report,the petitioner is suffering mouth
cancer which will metastize to vital organs thereby making the cancer inoperable if not
effectively intervened medically.The proper or the effective medical treatment is not
available or feasible at the setting where the petitioner is detained.Thus,releasing the
petitioner is crucial for his survival and it is emergency medical issue which by itself is
ground for release,notwithstanding,the fact the statutory removal period expired.As the
former chief Judge william young reasoned in Arrevalo V.Ashcroft, release of the
petitioner is not departmental discretion when the statutory period expired.
The integers of the calculus that must be applied to resolve the issue of
wether detention is appropriate,or constitutional change in direct proportion and the
relationship to the amount of time that has passed,As former Chief Judge Weinstein of
the United States District court for the Eastern district of New york explained in his
characteristically thorough and well-reasoned decision in U.S. V. Gallo,653 F.Supp,320,
334-35(E.D.N.Y).Accordingly,the detention has become punitive and the petitioner is
entitled release pursuant to the above referenced district court ruling which is the case
controlling at this district and the relevant statutes.

JURISDICTION:
Habeas challenge to pure detention-that is, challenges as to the fact of
detention or continuing detention and not the lawfulness of a removal order... are not
affected by RIDA section 106 jurisdictional amendment.Moreover,section 106 would not
preclude habeas review over challenges to removal orders,See-e.g Hernandez V.
Gonzales,424F.3d 429(first cir.2005)(a habeas challenging the petitioner's detention is

not barred by amendments made by the real ID ACT).District court has unquestionable jurisdiction over constitutional issues and substantive due process.

Furthermore,the real ID act is a piece of legislation that is impractical and its constitutionality is yet untested.At least three states opted out its implementation because of its impracticality and lack of functionable element.The government did not challenge those states for the implementation of the act which is clear concession by the government that RIDA is impractical and unenforceable constitutuionally.

## Background:

The petitioner was previously granted a voluntary departure by the immigration Judge which he did appeal from by posting a bail of $2000 as the immigration judge allowed.The petitioner has never committed any crime and has never been on public assistance.The petitioner contributes actively and constructively to the society and poses no danger to anyone as clearly reflected in his criminal record.

The petitioner attorney did not inform the petitioner that the BIA dismissed his appeal and did not persue the appeal effectively.Hence the petitioner became a victim of ineffectve attorney who took money from him and never rendered service as paid for and expected.

Wherefore,the petitioner respectfully requests the Honorable court to order his immediate release from detention so as to save his life and protect his constitutional rights.

Respectfully submitted,
Syed Kazmi,A# 078628453
Signature: _Kazmi_
2/27/2007

Address: Syed  Kazmi,# 0607593
         Suffolk house of corrections
         20 Bradston st
         Boston,MA 0218

Proof of service:
        A copy of this motion is mailed to following address with enough postage on
it via first class mail on 02- 24-07

                        Frank Crowley
                        Special assistant U..S Attorney
                        Department of Homeland security
                        P.O BOX 8728
                        JFK Station                        SYED KAZMI
                        Boston,MA 02114

                                Signature:    Kazmi

Motion for informa pauperis

I hereby respectfully ask the honorable court to waive the fee for this motion because I can not afford to pay this fee for I have neither assets or income.

Respectfully submitted,
Syed Kazmi
Signature:

| KAZMI, SYED | | | | 1/11/1966 (Age: 40)/M | | P06-51412 |
|---|---|---|---|---|---|---|
| Patient Name | | | | Date of Birth/Age | Sex | Specimen Number |
| 603-943-4698 | | | | | CLINICAL INFORMATION | |
| Patient Telephone | | Patient I.D. | | | | |
| 9/27/2006 | 9/28/2006 | 10/3/2006 | 00286/18628 | | | |
| Date of Procedure | Specimen Received | Date Signed Out | Lab ILC | | | |
| SOOK-BIN WOO, D.M.D. | | | | | | |
| Pathologist | | | | | | |

Report to:

SAL MALIK,DMD,M.D.
80 NASHUA ROAD
LONDONDERRY, NH 03053
603-432-3308

# PATHOLOGY REPORT
## * Amended *

## DIAGNOSIS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* CORRECTED REPORT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
(10/3/06)

**\*\*CORRECTED DIAGNOSIS, SPECIMEN B\*\***

**SPECIMEN A, RIGHT BUCCAL MUCOSA, BIOPSY:**
    -LICHENOID MUCOSITIS CONSISTENT WITH LICHEN PLANUS.

    ICD9:  697.0

**SPECIMEN B, LEFT BUCCAL MUCOSA, BIOPSY:**
    1. HYPERPARAKERATOSIS, MILD EPITHELIAL ATYPIA AND CHRONIC INFLAMMATION
    WITH A LICHENOID INFLAMMATORY INFILTRATE.

    **\*\*2. CANDIDIASIS.\*\***

    **\*\*NOTE (B):  The Periodic acid-Schiff reagent stain with diastase digestion revealed the
    presence of numerous Candidal hyphae associated with spongiotic pustules.  Multiple
    levels have been examined.\*\***

**CASE COMMENT:  The specimen from the right buccal mucosa is lichenoid in character and
consistent with lichen planus.  However, the specimen from the left exhibits mild atypia that
may be either reactive or dysplastic in nature.  The presence of germinal centers within the
lymphoid infiltrate strongly suggests strong immune stimulation. Careful follow-up is
suggested.**

**ICD9:  697.0**

vp/sbw/pg/sbw



**Pathology**
**Services**

640 Memorial Drive, Cambridge, MA 02139 | tel: 617-252-6880 | toll free: 800-325-7284 | fax: 617-252-6563

| KAZMI, SYED | | | 1/11/1966 (Age: 40)/M | | P06-51412 |
|---|---|---|---|---|---|
| **Patient Name** | | | **Date of Birth/Age** | **Sex** | **Specimen Number** |
| 603-943-4698 | | | | CLINICAL INFORMATION | |
| **Patient Telephone** | | **Patient I.D.** | | | |
| 9/27/2006 | 9/28/2006 | 10/3/2006 | | | |
| **Date of Procedure** | **Specimen Received** | **Date Signed Out** | | | |
| SOOK-BIN WOO, D.M.D. | | | | | |

**Pathologist**

**Report to:**

SAL MALIK,DMD,M.D.
80 NASHUA ROAD
LONDONDERRY, NH  03053
603-432-3306

## AMENDMENTS
Amended: 10/3/2006
Reason: CORRECTED DIAGNOSIS
ADDED DIAGNOSIS #2 AND NOTE TO SPECIMEN "B"
Previous Signout Date:  10/2/2006

CLINICAL IMPRESSION
Erosive LP (Rule out dysplasia or malignancy).

## CLINICAL DATA
40 year old Pakistani male with b/c erosive lesion of the buccal mucosa. Responded somewhat to Lidex over a month. Both lesions about 2 cm each. 20 pack year hx ( quit approx. 10 months ago). Chewed betel nuts 2 years.

## MICROSCOPIC DESCRIPTION
Specimen A (right buccal mucosa):  The oral mucosa is non-keratinized. The spinous layer varies in thickness and exhibits squamatization of the basal cells.  Subepithelial separation is present.  A lymphoplasmacytic infiltrate is present in the lamina propria admixed with scattered eosinophils.  The epithelium exhibits mild atypia that is most likely reactive in nature.  A germinal center is identified within the infiltrate.

Specimen B (left buccal mucosa):  The oral mucosa is covered by an extremely thick layer of parakeratin with numerous spongiotic pustule.  The epithelium varies in thickness and exhibits spongiosis and neutrophilic exocytosis.  The spinous layer varies in thickness and exhibits mild atypia, primarily in the form of slight basal cell prominence and increased mitotic activity.  Rete ridges are occasionally club shaped.  A lymphoplasmacytic infiltrate is present and contains many germinal centers.  Eosinophils are also noted.

## GROSS DESCRIPTION
Received in formalin is an irregular fragment of tissue measuring 0.6 cm labeled "right buccal mucosa" and coded A.
Received in formalin is a cylindrical specimen of skin measuring 4 mm in diameter labeled "left buccal mucosa" and coded B.
The tissue is submitted in cassettes A-B.
Due to loss of elastic tension and to formalin shrinkage, the measurements in the laboratory description may be less than those taken at the time of surgical removal.

TJH/jrk/9/28/2006

***Electronically signed out by SOOK-BIN WOO, D.M.D.***



| KAZMI, SYED | | | | 1/11/1966 (Age: 40)/M | | P06-51412 |
|---|---|---|---|---|---|---|
| Patient Name | | | | Date of Birth/Age | Sex | Specimen Number |
| 603-943-4698 | | | | | CLINICAL INFORMATION | |
| Patient Telephone | | Patient I.D. | | | | |
| 9/27/2006 | 9/28/2006 | 10/2/2006 | 00286/18628 | | | |
| Date of Procedure | Specimen Received | Date Signed Out | Lab ILC | | | |
| SOOK-BIN WOO, D.M.D. | | | | | | |
| Pathologist | | | | | | |

Report to:

SAL MALIK, DMD, M.D.
80 NASHUA ROAD
LONDONDERRY, NH  03053
603-432-3308

# PATHOLOGY REPORT

## DIAGNOSIS

**SPECIMEN A, RIGHT BUCCAL MUCOSA, BIOPSY:**
    -LICHENOID MUCOSITIS CONSISTENT WITH LICHEN PLANUS.

    ICD9:  697.0

**SPECIMEN B, LEFT BUCCAL MUCOSA, BIOPSY:**
    HYPERPARAKERATOSIS, MILD EPITHELIAL ATYPIA AND CHRONIC INFLAMMATION
    WITH A LICHENOID INFLAMMATORY INFILTRATE.

    **NOTE: The specimen from the right buccal mucosa is lichenoid in character and
    consistent with lichen planus. However, the specimen from the left exhibits mild atypia
    that may be either reactive or dysplastic in nature. The presence of germinal centers
    within the lymphoid infiltrate strongly suggests strong immune stimulation. Careful
    follow-up is suggested.**

    ICD9:  697.0

vg/sbw

## CLINICAL IMPRESSION
Erosive LP (Rule out dysplasia or malignancy).



## CLINICAL DATA
40 year old Pakistani male with b/c erosive lesion of the buccal mucosa. Responded somewhat to Lidex over a month. Both lesions
about 2 cm each. 20 pack year hx ( quit approx. 10 months ago). Chewed betel nuts 2 years.

## MICROSCOPIC DESCRIPTION
Specimen A (right buccal mucosa): The oral mucosa is non-keratinized. The spinous layer varies in thickness and exhibits
squamatization of the basal cells. Subepithelial separation is present. A lymphoplasmacytic infiltrate is present in the lamina propria
admixed with scattered eosinophils. The epithelium exhibits mild atypia that is most likely reactive in nature. A germinal center is
identified within the infiltrate.


**Pathology
Services**    640 Memorial Drive, Cambridge, MA 02139 | tel: 617-252-6880 | toll free: 800-325-7284 | fax: 617-252-6563

Page 1 of 2

| KAZMI, SYED | 1/11/1966 (Age: 40)/M | P06-51412 |
|---|---|---|
| Patient Name | Date of Birth/Age     Sex | Specimen Number |
| 603-943-4698 | | CLINICAL INFORMATION |
| Patient Telephone          Patient I.D. | | |
| 9/27/2006          9/28/2006          10/2/2006 | | |
| Date of Procedure     Specimen Received     Date Signed Out | | |
| SOOK-BIN WOO, D.M.D. | | |
| Pathologist | | |

Report to:

SAL MALIK,DMD,M.D.
80 NASHUA ROAD
LONDONDERRY, NH  03053
603-432-3308

Specimen B (left buccal mucosa): The oral mucosa is covered by an extremely thick layer of parakeratin with numerous spongiotic pustule. The epithelium varies in thickness and exhibits spongiosis and neutrophilic exocytosis. The spinous layer varies in thickness and exhibits mild atypia, primarily in the form of slight basal cell prominence and increased mitotic activity. Rete ridges are occasionally club shaped. A lymphoplasmacytic infiltrate is present and contains many germinal centers. Eosinophils are also noted.

## GROSS DESCRIPTION

Received in formalin is an irregular fragment of tissue measuring 0.6 cm labeled "right buccal mucosa" and coded A.
Received in formalin is a cylindrical specimen of skin measuring 4 mm in diameter labeled "left buccal mucosa" and coded B.
The tissue is submitted in cassettes A-B.
Due to loss of elastic tension and to formalin shrinkage, the measurements in the laboratory description may be less than those taken at the time of surgical removal.

TJH/jrv/rv/28/2006

***Electronically signed out by SOOK-BIN WOO, D.M.D.***



## Pathology Services

Page 2 of 2

640 Memorial Drive, Cambridge, MA 02139 | tel: 617-252-6880 | toll free: 800-325-7284 | fax: 617-252-6563

## GRANITE STATE ORAL SURGERY, PLLC
## CLINICAL RECORD

Patient Name: _Syed Kazmi_    Date of Birth: _1-11-66_

**Medical History Review**

1. Chief Complaint: Lesions on inside of checks
2. History of Present Illness: 40 yo ♂ with lesions on inside of checks for past 2 yrs. Sore dry mouth/throat for past mo. Quit smoking approx 7 mo ago. Smoke for 20 yrs prior.
3. Present Medications: ∅
4. Allergies: Penicillin - Stomach pain
5. Past Surgery: ∅
6. Major Illnesses: ∅

Heart _____   Lungs _____   ASA 1.6   Betel: 1-2 yrs quit 2 yrs   Airway _____

Comments: Lost 30#/2mo    Quit Ciss 10 mo ago
Sometimes feels feverish

PCP: Health Center, Nashua

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| T | S | R | Q | P | O | N | M | L | K |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

| Date | Notes |
|------|-------|
| 8/23/06 | BP: 117/84    P: 78 |

E/O - WNL ⊖ adenopathy
I/O - ⊕ 3 cm ulcerated lesion on L buccal mucosa
⊕ 2-3 cm striated lesion R buccal mucosa
POM Tongue s̄ lesion
Throat clear
R/O - Malignancy / LP
Rec - Li diet + steroid response in 2 wks
Re-assess — to determine if Bx needed.

## CLINICAL RECORD
### PAGE 2

| Date | Notes |
|---|---|
| 9/6/06 | pt. reports for biopsy. BP: 105/65 P: 64 Reports more comfortable — Using Lidex 2-4/ PE: unchanged Rec - Bx today but pt wants to reschedule bec. ↑ anxiety + wants N₂O Sched w/i 2-3 wks. |
| 9/27/06 | pt. reports for biopsy. BP: 110/64 P: 52 Incisional Bx (R) + (L) buccal mucosa c̄ 5mm & punch bx on the surface of the lesion to the muscle layer 3-0 Gut Path → B+W |
| 13/06 | Telecon c̄ Dr Woo: (L) side dysplasia/candidiasis Tx: Nystatin ³ˣ + Lidex Candida may make it look worse Bx Maybe Careful F/U. |

**CLINICAL RECORD**
**PAGE** ___3___

Syed Kazmi

| Date | Notes |
| --- | --- |

10/6/06   pt reports for f/u. Freling well.
lesions same & tender but less than before
Path: LP/Atypia/Dysplastic
Spoke to Dr Wo: Rec. Mycelex + Lidex
due to lesions & Candida
Rx - Mycelex/Lidex        F/U 2 wk