-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SYED KAZMI,

        Petitioner,

        -v-

CHARLES MULE, Facilities Director,
Buffalo Federal Detention Facility,

        Respondent.

**DECISION and ORDER**
07-CV-0149S

---

      Petitioner, Syed Kazmi, filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal. (Docket No. 5, Att. #1). Respondent has filed a motion to dismiss the petition as moot inasmuch as petitioner has been released from administrative detention pursuant to an Order of Supervision executed on or about April 5, 2007. (Docket No. 7, Affidavit of Gail Y. Mitchell, sworn to May 11, 2007, and Exhibit A--Order of Supervision).

      Accordingly, in light of the fact that petitioner has been released from administrative detention, the respondents' motion to dismiss the petition is granted and the petition is dismissed.

      SO ORDERED.

Dated:     May 21, 2007
             Buffalo, New York

                                     /s/William M. Skretny
                                     WILLIAM M. SKRETNY
                                   United States District Judge